UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,  Criminal No. 14-373 MJD/JJK

    Plaintiff,

v.  **ORDER**

(1) Thurlee Belfrey,
(2) Roylee Belfrey,

    Defendants.

_____

Robert M. Lewis, Assistant United States Attorney, Counsel for the plaintiff, United States of America.

Deborah K. Ellis, Counsel for defendant Thurlee Belfrey.

Kevin W. DeVore, Counsel for defendant Roylee Belfrey.

_____

The above-entitled matter comes before the Court on the Defendants' objections to the Report and Recommendation of Magistrate Judge Jeffrey J. Keyes dated June 25, 2015 recommending that the Court deny their motions to suppress statements and evidence obtained as a result of illegal searches.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based on that review, the Court will adopt the Report and Recommendation in its entirety.

**IT IS HEREBY ORDERED** that:

1. Defendant Thurlee Belfrey's Motion for Suppression of Confessions or Statements in the Nature of Confessions is **DENIED** (Doc. No. 36) ;

2. Defendant Thurlee Belfrey's Motion to Suppress Evidence Obtained as a Result of Illegal Stops and Searches is **DENIED** (Doc. No. 37);

3. Defendant Roylee Belfrey's Motion for Suppression of Evidence Obtained by Search and Seizure is **DENIED** (Doc. No. 39); and

4. Defendant Roylee Belfrey's Motion for Suppression of Confessions or Statements in the Nature of Confessions is **DENIED** (Doc. No. 43).

Date: August 17, 2015

s/Michael J. Davis  
Michael J. Davis  
United States District Court